**No. 10-6762. Percy Lafayette Green, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 546, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8370.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 375.

**No. 10-6764. Eulalio Moreno, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 547, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8419.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6774. Jose Alberto Villasenor, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 547, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8403.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 467.

**No. 10-6777. Michael William Gabbard, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 547, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8351.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 319.

**No. 10-6778. Oneche Garcia-Cordero, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 547, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8430.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 610 F.3d 613.

**No. 10-6779. Todd Randall Finley, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 547, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8344.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 612 F.3d 998.

**No. 10-6780. Brian Mizwa, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 548, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8364.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 834.

**No. 10-6783. John Lawrence Stanley, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 548, 178 L. Ed. 2d 401, 2010 U.S. LEXIS 8420.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 385 Fed. Appx. 805.